**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 5:07 CR 183** |
| | ) | |
| **PLAINTIFF,** | ) | **JUDGE PETER C. ECONOMUS** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **JOSEPH P. KUHAJDA, JR.,** | ) | **ORDER ACCEPTING PLEA** |
| | ) | **AGREEMENT AND JUDGMENT** |
| | ) | |
| **DEFENDANT.** | ) | |

On November 28, 2007, United States Magistrate Judge George J. Limbert issued a Report and Recommendation (Dkt. # 28) regarding the plea hearing and the plea agreement of Joseph P. Kuhajda, Jr., which was referred to the Magistrate Judge with the consent of the parties.

On March 28, 2007, the Government filed an indictment against Holmes (Dkt. #1). On November 27, 2007, 2007, the Magistrate Judge held a hearing in which the Defendant entered pleas of guilty to Counts 1, 2, 3 and 4, sexual exploitation of minors, in violation of 18 U.S.C. §§ 2252 (a)(2), 2252A (a)(2), and 2252A (a)(5). The Magistrate Judge received the Defendant's guilty plea and issued a Report and Recommendation ("R&R"), recommending that this Court accept the plea and enter a finding of guilty (Dkt. # 28).

Neither party objected to the Magistrate Judge's R&R in the ten days after it was

issued.

On *de novo* review of the record, the Magistrate Judge's R&R is adopted. The Defendant was found to be competent to enter a plea. The Defendant understood his constitutional rights. He is aware of the consequences of entering a plea. There is an adequate factual basis for the plea. The Court finds that the plea was entered knowingly, intelligently, and voluntarily. The Defendant's plea of guilty is approved.

Therefore, the Defendant is adjudged guilty of Counts 1, 2, 3 and 4, sexual exploitation of minors, in violation of 18 U.S.C. §§ 2252 (a)(2), 2252A (a)(2), and 2252A (a)(5). The sentencing will be held on February 28, 2008 at 9:30 a.m.

**IT IS SO ORDERED.**

 **/s Peter C. Economus  February 27, 2008**
**PETER C. ECONOMUS**
**UNITED STATES DISTRICT JUDGE**